On appellant's petition for reconsideration filed December 19, reconsideration allowed; former decision (104 Or App 447, 800 P2d 1093) withdrawn; reversed and remanded January 23, 1991

# DAVID J. RUNNELS,
*Appellant,*

*v.*

# Carl ZENON,
*Respondent.*

(90-C-10083; CA A63682)

803 P2d 785

Noel Grefenson, Salem, for the petition.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

**PER CURIAM**

Petitioner has filed a petition for review. We treat it as a petition for reconsideration, ORAP 9.15(1), and allow it. We withdraw our earlier decision affirming without opinion, 104 Or App 447, 800 P2d 1093 (1990), and reverse and remand. *Bird v. Maass (A64583),* 104 Or App 271, 800 P2d 792 (1990).

Reconsideration allowed; former decision withdrawn; reversed and remanded.